IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GARY SHOCKLEY, | § | |
| | § | |
| Respondent Below, | § | No. 179, 2019 |
| Appellant, | § | |
| | § | Court Below: The Court of |
| v. | § | Chancery of the State of Delaware |
| | § | |
| MELVIN GREEN, | § | C.A. No. 2018-0782 |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: May 20, 2019
Decided: May 24, 2019

### **O R D E R**

The Senior Court Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for the Court's lack of jurisdiction to consider an appeal from a decision issued by a Master in Chancery. On May 8, 2019, the Court received the certified mail receipt indicating that the appellant had received the notice to show cause. The appellant has not responded to the notice within the required ten-day period. For that reason, dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice